MICHAEL S. WARD #178648
MARK A. DELGADO #215618
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California  94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: mward@fablaw.com
       mdelgado@fablaw.com

EDWARD NOONAN (Admitted Pro Hac Vice)
MARK A. JOHNSTON (Admitted Pro Hac Vice)
SARAH SHYR (Admitted Pro Hac Vice)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W., Suite 1200
Washington, DC  20006
Telephone:  (202) 659-6600
Facsimile:  (202) 659-6699
Email: enoonan@eckertseamans.com
       mjohnston@eckertseamans.com
       sshyr@eckertseamans.com

Attorneys for PLAINTIFF AND
COUNTERDEFENDANT LECG,LLC

DEAN A. DICKIE (Admitted Pro Hac Vice)
KATHLEEN E. KOPPENHOEFER (Admitted Pro Hac Vice)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
225 West Washington Street, Suite 2600
Chicago, IL 60606
Telephone:  (312) 460-4200
Facsimile:  (312) 460-4288
Email: Dickie@millercanfield.com
       Koppenhoefer@millercanfield.com

GEORGE L. HAMPTON IV #144433
COLIN C. HOLLEY #191999
HAMPTON HOLLEY LLP
2101 East Coast Highway, Suite 260
Corona del Mar, California 92625
Telephone:  (949) 718-4550
Facsimile:  (949) 718-4580
Email: ghampton@hamptonholley.com
       choley@hamptonholley.com

Attorneys for DEFENDANT AND
COUNTERCLAIMANT SANJAY UNNI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| LECG, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>SANJAY UNNI, an Individual,<br><br>Defendant. | Case No.: CV 13-00639 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR REFERRAL OF CASE TO COURT MEDIATION UNDER ADR LOCAL RULE 6** |
| SANJAY UNNI, an Individual,<br><br>Counterclaimant,<br><br>vs.<br><br>LECG, LLC, a California Limited Liability Company,<br><br>Counterdefendant. | |

Being unable to select a mutually agreeable private mediator, the parties hereby stipulate under ADR Local Rule 6-2 that this matter be referred by the Court to Court Mediation under ADR Local Rule 6.

While the parties are prepared to mediate within the 90-day window suggested by the Court, i.e. by August 21, 2013, they understand that this may no longer be practicable and hereby agree, subject to the parties' motion and the Court's approval, to conduct the mediation by September 26, 2013.

Dated: July 31, 2013     FITZGERALD ABBOTT & BEARDSLEY LLP

By   /s/ Michael S. Ward
Michael S. Ward
Attorneys for PLAINTIFF AND
COUNTERDEFENDANT LECG, LLC

| | |
|---|---|
| Dated: July 31, 2013 | ECKERT SEAMANS CHERIN & MELLOTT, LLC |
| | By     /s/ Edward Noonan |
| | Edward Noonan<br>Attorneys for PLAINTIFF AND<br>COUNTERDEFENDANT LECG, LLC |
| Dated: July 31, 2013 | HAMPTON HOLLEY LLP |
| | By     /s/ George L. Hampton IV |
| | George L. Hampton IV<br>Attorneys for DEFENDANT AND<br>COUNTERCLAIMANT SANJAY UNNI |
| Dated: July 31, 2013 | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
| | By     /s/ Dean A. Dickie |
| | Dean A. Dickie<br>Attorneys for DEFENDANT AND<br>COUNTERCLAIMANT SANJAY UNNI |

**ORDER**

The above STIPULATION AND PROPOSED ORDER FOR REFERRAL OF CASE TO COURT MEDIATION under ADR Local Rule 6 is approved for this case. The parties are to complete Court Mediation by September 26, 2013.

IT IS SO ORDERED.

Dated: ~~July ____, 2013~~ August 2, 2013

_____
Judge Edward M. Chen
U.S. District Court, Northern District of California

*IT IS SO ORDERED AS MODIFIED*
/s/ Judge Edward M. Chen