MICHAEL S. WARD #178648
MARK A. DELGADO #215618
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California  94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: mward@fablaw.com
       mdelgado@fablaw.com

EDWARD NOONAN (Admitted Pro Hac Vice)
MARK A. JOHNSTON (Admitted Pro Hac Vice)
SARAH SHYR (Admitted Pro Hac Vice)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W., Suite 1200
Washington, DC  20006
Telephone:  (202) 659-6600
Facsimile:  (202) 659-6699
Email: enoonan@eckertseamans.com
       mjohnston@eckertseamans.com
       sshyr@eckertseamans.com

Attorneys for PLAINTIFF AND
COUNTERDEFENDANT LECG,LLC

DEAN A. DICKIE (Admitted Pro Hac Vice)
KATHLEEN E. KOPPENHOEFER (Admitted Pro Hac Vice)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
225 West Washington Street, Suite 2600
Chicago, IL 60606
Telephone:  (312) 460-4200
Facsimile:  (312) 460-4288
Email: Dickie@millercanfield.com
       Koppenhoefer@millercanfield.com

GEORGE L. HAMPTON IV #144433
COLIN C. HOLLEY #191999
HAMPTON HOLLEY LLP
2101 East Coast Highway, Suite 260
Corona del Mar, California 92625
Telephone:  (949) 718-4550
Facsimile:  (949) 718-4580
Email: ghampton@hamptonholley.com
       choley@hamptonholley.com

Attorneys for DEFENDANT AND
COUNTERCLAIMANT SANJAY UNNI

1

STIPULATION AND [PROPOSED] ORDER TO CHANGE THE DECEMBER 12, 2013
STATUS CONFERENCE DATE TO DECEMBER 5, 2013 / CASE NO. CV 13-00639 EMC

11/19/13 (28147) #541834.1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| LECG, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>  vs.<br><br>SANJAY UNNI, an Individual,<br><br>    Defendant. | Case No.: CV 13-00639 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE THE DECEMBER 12, 2013 STATUS CONFERENCE DATE TO DECEMBER 5, 2013**<br><br>(Modified - reset for 12/19/13 10:30 a.m.) |
| SANJAY UNNI, an Individual,<br><br>    Counterclaimant,<br><br>  vs.<br><br>LECG, LLC, a California Limited Liability Company,<br><br>    Counterdefendant. | |

Pursuant to Judge Chen's Standing Order, the parties hereby file a Stipulation to Change the December 12, 2013 Status Conference Date to December 5, 2013 and in support thereof states the following.

1. Pursuant to this Court's September 26, 2013 Amended Civil Minutes and September 27, 2013 Scheduling Order, a status conference was set for December 5, 2013 at 1.30 p.m., with a joint status report to be filed by November 27, 2013 in this case.

2. On November 14, 2013, the Court notified the parties that the December 5, 2013 status conference had been reset to December 12, 2013 at 10.30 a.m., with a status report to be filed by December 5, 2013.

3. Counsel for both parties are unavailable to attend the December 12, 2013 status.

4. Counsel for LECG will be in collective bargaining negotiations in Indiana on December 9, 10, 12, and 13.  Further, prior to the Court's notice, counsel for LECG booked air transportation and made hotel reservations for the December 5, 2013 status conference.

2

STIPULATION AND [PROPOSED] ORDER TO CHANGE THE DECEMBER 12, 2013 STATUS CONFERENCE DATE TO DECEMBER 5, 2013 / CASE NO. CV 13-00639 EMC
11/19/13 (28147) #541834.1

1      5.      Counsel for both parties respectfully request that this Court reset the status conference for December 5, 2013 at 1.30 p.m., with a joint status report to be filed by November 27, 2013.

Dated: November 19, 2013              Respectfully submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
By      /s/ Edward Noonan
   Edward Noonan
   Mark A. Johnston
   Sarah Shyr

Attorneys for PLAINTIFF AND COUNTERDEFENDANT LECG, LLC

**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
By      /s/ Dean A. Dickie
   Dean A. Dickie
   Kathleen E. Koppenhoefer

Attorneys for DEFENDANT AND COUNTERCLAIMANT SANJAY UNNI

**ORDER**

The above STIPULATED REQUEST TO CHANGE THE DECEMBER 12, 2013 STATUS CONFERENCE DATE TO DECEMBER 5, 2013 is approved for this case. The Status Conference is set for ~~December 5, 2013 at 1.30 p.m~~. December 19, 2013 at 10:30 a.m. A joint status report shall be filed by December 12, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 22, 2013

_____
Judge Edward M. Chen
U.S. District Court for the Northern District of California

[Seal: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA. Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

4

STIPULATION AND [PROPOSED] ORDER TO CHANGE THE DECEMBER 12, 2013 STATUS CONFERENCE DATE TO DECEMBER 5, 2013 / CASE NO. CV 13-00639 EMC
11/19/13 (28147) #541834.1